## Staunton.

NORTON HARDWARE COMPANY, A CORPORATION,
v. PEOPLES NATIONAL BANK OF ABINGDON.

September 20, 1928.

*O. M. Vicars* and *E. M. Fulton*, for the plaintiff in error.

*White, Penn & Stuart*, for the defendant in error.

HOLT, J., delivered the opinion of the court.

This case is in all respects like that of *Norton Grocery Company* v. *Peoples National Bank of Abingdon, ante,* page 195, 144 S. E. 501, this day decided, and is governed by it.

For the reasons there given the judgment in this case is also reversed, and the case remanded to the trial court to be heard upon its merits.

*Reversed and remanded.*